110 MANNO REALTY CORP., Respondent, v. TOWN OF HUNTINGTON, Appellant. (Action No. 1.) TOWN OF HUNTINGTON, Appellant, v. 110 MANNO REALTY CORP., Respondent, et al., Defendant. (Action No.

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR RICHARD GATES, Appellant.—

Hopkins, Acting P. J., Munder, Christ, Brennan and Benjamin, JJ., concur.